```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17331
   RANDY J SLAGLE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
     SSN XXX-XX-6720


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/22/07 .

     2.  The case was dismissed without confirmation, 11/09/2007.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
---------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00            .00             .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE    NOT FILED           .00             .00
ASPEN                     UNSECURED        NOT FILED           .00             .00
CAB SERVICES INC          UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00             .00
COLUMBUS BANK & TRUST     UNSECURED        NOT FILED           .00             .00
CRD PRT ASSOC             UNSECURED        NOT FILED           .00             .00
HSBC                      UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICE     UNSECURED        NOT FILED           .00             .00
LOU HARRIS                UNSECURED        NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED           .00             .00
STATE COLLECTION SRV      UNSECURED        NOT FILED           .00             .00
WELLS FARGO CARD SERVICE  UNSECURED        NOT FILED           .00             .00
NOTTINGHAM RIDGE HOMEONE  SECURED          NOT FILED           .00             .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00            .00
PRINCIPAL PAID          .00         .00          .00          .00            .00
INTEREST PAID           .00         .00          .00          .00            .00
TOTAL PAID              .00         .00          .00          .00            .00
The Debtor's attorney, JAY M REESE                , was allowed $     2500.00
and was paid $     500.00   direct and $         .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/11/08
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE